# TERRITORY *v.* CHARLES E. THOMPSON.

## No. 1307.

### PETITION FOR REHEARING.

FILED OCTOBER 18, 1921.                    DECIDED OCTOBER 22, 1921.

KEMP AND EDINGS, JJ., AND CIRCUIT JUDGE DEBOLT
IN PLACE OF COKE, C. J., ABSENT.

*Per Curiam:* The Territory of Hawaii, plaintiff-defendant in error, has filed a petition for rehearing which does not present any point not considered by the court on the original hearing and we do not find any merit in any of the grounds stated in the said petition for rehearing and therefore the same is denied.

*Harry Irwin,* Attorney General, and *Enos Vincent* for the petition.